# Notice Recipients

District/Off: 0971–5   User: admin   Date Created: 12/1/2023
Case: 23–05076   Form ID: ODSCY   Total: 1

**Recipients of Notice of Electronic Filing:**
aty   Hamid R. Rafatjoo   hrafatjoo@raineslaw.com

TOTAL: 1