# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–5 | User: admin | Date Created: 12/1/2023 |
| Case: 23–05076 | Form ID: NTCPLA | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty      Hamid R. Rafatjoo      hrafatjoo@raineslaw.com

TOTAL: 1